**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――
**WILLIAM LOFTUS,**

             **Plaintiff,**    19-cv-7984 (JGK)

   - against -    <u>ORDER</u>

**SIGNPOST INC.,**

             **Defendant.**
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

By **May 8, 2020,** the parties should submit supplemental briefs of no more than five pages addressing the issue of how the Supreme Court's pending decision in <u>Barr v. Am. Ass'n of Political Consultants</u>, No. 19-631, 140 S. Ct. 812, affects the motion for a stay, and in particular, whether the Court should grant a limited stay until July 17, 2020, to allow consideration of that decision.

**SO ORDERED.**

**Dated:**   **New York, New York**
          **May 1, 2020**          __/s/ John G. Koeltl__
                                              **John G. Koeltl**
                                   **United States District Judge**