**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**WILLIAM LOFTUS,**

              **Plaintiff,**             19-cv-7984 (JGK)

   - against -                <u>ORDER</u>

**SIGNPOST INC.,**

              **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The defendant may move to stay this case in view of <u>Facebook v. Duguid</u>, No. 19-511, by July 27, 2020. The plaintiff may respond by August 3, 2020 and the defendant may reply by August 7, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 20, 2020**                   /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**