**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM LOFTUS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SIGNPOST, INC.,

Defendant.

Case No. 1:19-CV-07984-JGK

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William Loftus ("Plaintiff") and Defendant Signpost, Inc. ("Defendant"), by and through their respective attorneys, stipulate such that Plaintiff hereby voluntarily dismisses all of his claims against Defendant with prejudice. The putative claims are dismissed without prejudice. Each party shall bear their own costs and fees.

DATED: June 1, 2021

Respectfully submitted,

**PARONICH LAW, P.C.**

*/s/ Anthony I. Paronich*[1]
Anthony I. Paronich
Admitted *Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Andrew Heidarpour
HEIDARPOUR LAW FIRM, PLLC
1300 Pennsylvania Ave., NW 190-318
Washington, DC 20004
Telephone: 202-234-2727
aheidarpour@hlfirm.com

*Counsel for Plaintiff*

**KABAT CHAPMAN & OZMER LLP**

*/s/ Kristapor Vartanian*
Michael D. Kabat
New York Bar No. 836784
Ryan D. Watstein
Admitted *Pro Hac Vice*
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Phone: (404) 400-7300
Fax: (404) 400-7333
mkabat@kcozlaw.com
rwatstein@kcozlaw.com

Kristapor Vartanian
Admitted *Pro Hac Vice*
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue
Suite 2225
Los Angles, California 90071
Phone: (213) 493-3980
Fax: (404) 400-7333
kvartanian@kcozlaw.com

*Counsel for Defendant*

---

[1] Plaintiff's counsel attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I served the foregoing **STIPULATION OF DISMISSAL** on the following counsel of record via electronic mail:

Michael D. Kabat
Ryan D. Watstein
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
mkabat@kcozlaw.com
rwatstein@kcozlaw.com

Kristapor Vartanian
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angles, California 90071
kvartanian@kcozlaw.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich

*One of the Attorneys for Plaintiff*